■ WILLIAM A. SORG et al., Appellants, v MAYOR OF THE VILLAGE OF MOUNT KISCO et al., Respondents. [669 NYS2d 944] —Appeal by the plaintiffs from stated portions of an order of the Supreme Court, Westchester County (Cowhey, J.), entered January 9, 1997.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Cowhey at the Supreme Court. Mangano, P. J., Miller, Ritter and Thompson, JJ., concur.